**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SOOK JUNG LEE AND FRANK N. LEE, CO-CONSERVATOR FOR BRUCE B. LEE, CONSERVATEE; AND BRUCE B. LEE,<br><br>      Plaintiffs,<br><br>   v.<br><br>KOREAN AIR LINES CO., LTD. dba KOREAN AIR, a California corporation; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No.: SACV10-1709 JVS (MLGx)<br><br>JUDGMENT |

    The Motion for Summary Judgment of Defendant Korean Air Lines Co., Ltd., pursuant to Federal Rule of Civil Procedure 56, came on regularly for hearing on March 19, 2012, at 1:30 p.m., in the United States District Court, Central District of California, the Honorable James V. Selna, presiding.

    After consideration of the papers submitted by the parties, arguments of counsel and all other papers on file in this action, the Court granted the motion in favor of Korean Air Lines Co., Ltd.

/ /

/ /

/ /

JUDGMENT

1  IT IS HEREBY ORDERED AND ADJUDGED that this action be dismissed
2  on its merits, that judgment be entered in favor of defendant Korean Air Lines Co.,
3  Ltd. and that Korean Air Lines Co., Ltd. may recover its costs.
4  IT IS SO ORDERED.

6  DATED: April 04, 2012

   HONORABLE JAMES V. SELNA
   UNITED STATES DISTRICT COURT